

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00209-CV

DOCTORS PRACTICE MANAGEMENT, INC., Appellant

V.

MEDICAL MULTIMEDIA ADVERTISING, INC., Appellee

Appeal from the 234th District Court of Harris County. (Tr. Ct. No. 2013-36797).

**TO THE 234TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 4th day of June, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on December 8, 2014.   After due consideration, the Court **grants** the parties' joint motion to reverse and render judgment.   Accordingly, the Court **vacates** the trial court's judgment and **renders** judgment that Medical Multimedia Advertising, Inc. take nothing in its action against Doctors Practice Management, Inc.; that Doctors Practice Management, Inc. take nothing in its counterclaims against Medical Multimedia Advertising, Inc.; that all claims that were or could have been brought by Medical Multimedia Advertising, Inc. in this lawsuit are dismissed with prejudice; that all counterclaims that were or could have been brought by Doctors Practice Management, Inc. in this lawsuit are dismissed with prejudice; and that each party shall bear its own expenses and attorney fees.

The Court **orders** that costs be taxed against the party incurring the same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 4, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 16, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

